Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Hub City Home Health, Inc.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**American Home Health Services**

**3. Debtor's federal Employer Identification Number (EIN)**    7 4 – 2 6 9 4 8 8 2

**4. Debtor's address**

**Principal place of business**

**1409 North Stuart Place Road**
Number        Street

**Harlingen, TX 78552**
City                          State      ZIP Code

**Cameron**
County

**Mailing address, if different from principal place of business**

**506 Valley Brook Road**
Number        Street

**McMurray, PA 15317**
City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**5. Debtor's website (URL)**    https://www.americanmedicalprograms.com/

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Hub City Home Health, Inc.**                                                          Case number *(if known)* _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___   ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____ When _____ Case number _____
                                              MM / DD / YYYY

          District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor **American Medical Home Health Services - San Antonio, LLC**   Relationship _____

          District **Southern District of Texas**   When _____
                                                          MM / DD / YYYY

          Case number, if known _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page **2**

Debtor   **Hub City Home Health, Inc.**      Case number *(if known)* _____

Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>    **Why does the property need immediate attention?** *(Check all that apply.)*<br><br>    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>       What is the hazard? _____<br><br>    ☐ It needs to be physically secured or protected from the weather.<br>    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>    ☐ Other _____<br><br>    **Where is the property?** _____<br>       Number      Street<br><br>       _____<br>       City         State    ZIP Code<br><br>    **Is the property insured?**<br>    ☐ No<br>    ☐ Yes.   Insurance agency _____<br>               Contact name _____<br>               Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99        ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999    ☐ 10,001-25,000                   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million     ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor  **Hub City Home Health, Inc.**                                                    Case number *(if known)*
        Name

**16. Estimated liabilities**

☐ $0-$50,000            ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million   ☐ $100,000,001-$500 million    ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/09/2024**
             MM/ DD/ YYYY

X  **/s/ Robert Dojonovic**                                    **Robert Dojonovic**
   Signature of authorized representative of debtor            Printed name

   Title  **President**

**18. Signature of attorney**

X  **/s/ Shelby Jordan**          Date  **11/09/2024**
   Signature of attorney for debtor                           MM/ DD/ YYYY

   **Shelby Jordan**
   Printed name

   **Jordan & Ortiz, P.C.**
   Firm name

   **500 N Shoreline Blvd. 804**
   Number      Street

   **Corpus Christi**                              **TX**        **78401**
   City                                            State         ZIP Code

   **(361) 884-5678**                              **sjordan@jhwclaw.com**
   Contact phone                                   Email address

   **11016700**                                    **TX**
   Bar number                                      State

Debtor   **Hub City Home Health, Inc.**
Name

Case number *(if known)* —————————

---



**Additional Page**

---

10. Continued

Debtor **American Medical Home Health Services, LLC**

Relationship —————————

District **Southern District of Texas**

When —————————
MM / DD / YYYY

Case number, if known —————————

Debtor **American Medical Hospice Care LLC**

Relationship —————————

District **Southern District of Texas**

When —————————
MM / DD / YYYY

Case number, if known —————————

Debtor **American Medical Programs, Inc.**

Relationship —————————

District **Southern District of Texas**

When —————————
MM / DD / YYYY

Case number, if known —————————

---

Fill in this information to identify the case:

Debtor name **Hub City Home Health, Inc.**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Optum Financial, Inc 11000 Optum Circle Eden Prairie, MN 55344 | | Temporary Funding Assistance Program | | | | $373,900.00 |
| 2 | Palmetto GBA LLC 2300 Springdale Drive Camden, SC 29020 | | Outstanding CAAP | | | | $203,507.01 |
| 3 | CBE Group, Inc 1309 Technology Pkwy Cedar Falls, IA 50613 | | Medicare Overpay | | | | $114,432.86 |
| 4 | Mobility First Rehabilitation Service 13522 Catamaran Corpus Christi, TX 78418 | | Rehabilitation Services | | | | $83,255.00 |
| 5 | Whyte Appeals 310 W. Sunset St. San Antonio, TX 78209 | | Appeal Attorneys | | | | $11,880.00 |
| 6 | First Insurance Funding PO Box 7000 Carol Stream, IL 60197 | | Insurance | | | | $7,814.11 |
| 7 | KD Quality Coding 1754 High Ridge Drive Blanchard, OK 73010 | | Oasis Coding | | | | $4,440.00 |
| 8 | WellSky PO Box 207613 Dallas, TX 75320 | | Patient Document Notes | | | | $3,994.75 |

Debtor **Hub City Home Health, Inc.** _____   Case number *(if known)* _____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Inovalon PO Box 856015 Minneapolis, MN 55485 | | Claims Management Software | | | | $942.50 |
| 10 | ETC Lite, LLC PO Box 700970 San Antonio, TX 78270 | | Code determination and consulting | | | | $507.81 |
| 11 | TXU Energy PO Box Box 650700 Dallas, TX 75265 | | Electric - Hub Office | | | | $402.00 |
| 12 | Ashley McClain 305 Appalppsa Drive Victoria, TX 77904 | | Physical Therapy | | | | $309.72 |
| 13 | Reliant Energy PO Box 650475 Dallas, TX 75265 | | Electric - Laredo | | | | $290.00 |
| 14 | Spectrum PO Box 60074 City of Industry, CA 91716 | | Internet - Harlingen | | | | $217.13 |
| 15 | Lone Star Shredding 1970 W Expressway 83 Mercedes, TX 78570 | | Shredding company | | | | $200.00 |
| 16 | Jim Hogg County WCID PO Box 148 Hebbronville, TX 78361 | | Water - Hebbronville | | | | $91.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

3:14 PM

11/08/24

Cash Basis

## Hub City Home Health, Inc.
## Balance Sheet
### As of December 31, 2023

|  | Dec 31, 23 |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| 1005 · PNC Bank | 9,255.91 |
| 1010 · CHASE - Payroll Account (0768) | 247,391.10 |
| 1011 · CHASE - Accounts Payable (0792) | -104,248.95 |
| 1012 · CHASE - Operating (7309) | 1,359,258.46 |
| **Total Checking/Savings** | 1,511,656.52 |
| **Other Current Assets** |  |
| Due from Affiliates | 848,030.00 |
| 1050 · PAS Payroll Clearing | -273,912.08 |
| 1055 · A/R PNC | 983.04 |
| 1300 · Prepaid Expenses |  |
| 1310 · Security Deposits | 4,225.00 |
| 1316 · Loans to Employees | 21,403.89 |
| **Total 1300 · Prepaid Expenses** | 25,628.89 |
| **Total Other Current Assets** | 600,729.85 |
| **Total Current Assets** | 2,112,386.37 |
| **Fixed Assets** |  |
| 1500 · Fixed Assets |  |
| 1505 · Fixtures & Equipment | 10,000.00 |
| 1520 · Vehicles | 41,636.71 |
| **Total 1500 · Fixed Assets** | 51,636.71 |
| 1600 · Accumulated Depreciation |  |
| 1605 · Accum Depr Fixtures & Equip | -44,904.00 |
| **Total 1600 · Accumulated Depreciation** | -44,904.00 |
| **Total Fixed Assets** | 6,732.71 |
| **Other Assets** |  |
| Current Inventory | 1,000.00 |
| **Total Other Assets** | 1,000.00 |
| **TOTAL ASSETS** | **2,120,119.08** |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Credit Cards** |  |
| Chase - #0438 | 5,252.34 |
| **Total Credit Cards** | 5,252.34 |
| **Other Current Liabilities** |  |
| **Payroll Liabilities** |  |
| 2100 · Lumped Payroll Liabilities | 118.35 |
| 2105 · Child Support Payable | 2,931.71 |
| 2509 · Emp.SS Deferral 941 Payable | 191,501.87 |
| 2510 · Fica & Fit Payable (941) | 72,057.91 |
| 2511 · Futa (940) Payable | 318.91 |
| 2512 · Suta (TWC) Payable | 12,976.35 |
| **Total Payroll Liabilities** | 279,905.10 |
| 2700 · Other Current Liabilities |  |
| 2811 · N/P-Kalamata | -282,403.39 |
| 2813 · Samson Servicing LLC | -680,710.60 |
| **Total 2700 · Other Current Liabilities** | -963,113.99 |

**3:14 PM**

**11/08/24**

**Cash Basis**

# Hub City Home Health, Inc.
## Balance Sheet
### As of December 31, 2023

|  | Dec 31, 23 |
|---|---|
| **2805 · Loan Payable - CMS** | 203,507.01 |
| **Total Other Current Liabilities** | -479,701.88 |
| **Total Current Liabilities** | -474,449.54 |
| **Long Term Liabilities** | |
| **ERC Deferred** | 4,612,847.90 |
| **Total Long Term Liabilities** | 4,612,847.90 |
| **Total Liabilities** | 4,138,398.36 |
| **Equity** | |
| **3900 · Retained Earnings** | -725,064.97 |
| **Net Income** | -1,293,214.31 |
| **Total Equity** | -2,018,279.28 |
| **TOTAL LIABILITIES & EQUITY** | **2,120,119.08** |

2:36 PM

11/08/24

Cash Basis

# Hub City Home Health, Inc.
# Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Income - PHC** | |
| 4001 · Income-A/R-PHC | 95,137.96 |
| 4006 · Income - PHC- BCBS of Texas | 28,351.32 |
| 4010 · Income - PHC Centene Corp | 3,168,820.67 |
| 4015 · Income PHC-UHC Community(Mcaid) | 1,540,687.39 |
| 4020 · Income - PHC Molina HC of TX | 27,424.39 |
| 4025 · Income - PHC Driscoll Children | 131,027.64 |
| 4030 · Income -PHC TMHP Health & Human | 3,834,945.84 |
| 4031 · PHC Income - Other | 6,854.27 |
| 4032 · Income -PHC Private Pay | 23,386.29 |
| **Total 4000 · Income - PHC** | **8,856,635.77** |
| **4100 · Income - Home Health** | |
| 4105 · Income HH - JM-MAC (Medicare) | 127,351.53 |
| 4106 · HH - Unitedhealthcare | 25,650.02 |
| 4107 · HH - hnb-Echo (WellMed) AAA | 1,435,027.44 |
| 4110 · Income -HH Private Pay | 6,318.34 |
| 4100 · Income - Home Health - Other | 752.65 |
| **Total 4100 · Income - Home Health** | **1,595,099.98** |
| **Total Income** | **10,451,735.75** |
| **Gross Profit** | **10,451,735.75** |
| **Expense** | |
| **5100 · Operating Expenses** | |
| 5103 · Bank Fees | 5,881.88 |
| 5105 · Bio-Hazard Waste | 1,116.94 |
| **5111 · Contracted Services** | |
| 5112 · Contracted  Accounting Services | 31,300.00 |
| 5116 · Contracted Consultant | 13,508.45 |
| 5111 · Contracted Services - Other | 5,044.50 |
| **Total 5111 · Contracted Services** | **49,852.95** |
| **5120 · Contracted Therapy Services** | |
| 5121 · Contracted Class Therapy Servic | 1,935.75 |
| 5122 · Contracted - PT Services | 234,441.50 |
| 5120 · Contracted Therapy Services - Other | 44,154.00 |
| **Total 5120 · Contracted Therapy Services** | **280,531.25** |
| 5165 · Depreciation Expense | 3,718.00 |
| **5185 · Fuel Expense** | |
| 5187 · Fuel Expense - Marketers | 25,333.73 |
| 5185 · Fuel Expense - Other | 12,215.44 |
| **Total 5185 · Fuel Expense** | **37,549.17** |
| 5201 · Interest Expense | 7,136.41 |
| **5205 · Insurance** | |
| 5206 · Insurance - Section 125 (Emp) | 79,933.89 |
| 5208 · Insurance - Prof & Bldg Content | 17,434.09 |
| **Total 5205 · Insurance** | **97,367.98** |
| 5220 · Legal & Professional Fees | 1,436,559.15 |
| 5221 · License & Fees | 2,882.82 |
| 5222 · Marketing Expense | 8,345.27 |
| 5225 · Management Fees | 55,000.00 |
| 5227 · Medical Director Fees | 1,150.00 |
| 5228 · Medical Supplies | 1,021.72 |

2:36 PM

11/08/24

Cash Basis

# Hub City Home Health, Inc.
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---|
| **5230 · Mileage Expense** | |
| 5231 · Mileage - Acccounting | 62.16 |
| 5236 · Mileage - HR | 247.16 |
| 5237 · Mileage - LVN | 8,440.07 |
| 5238 · Mileage - Marketing | 5,267.19 |
| 5240 · Mileage - Office Administrative | 2,852.33 |
| 5242 · Mileage - PAS Field Supervisor | 17,570.97 |
| 5245 · Mileage - RN | 29,285.75 |
| **Total 5230 · Mileage Expense** | 63,725.63 |
| | |
| **5400 · Office Expense** | 18,652.04 |
| **5415 · Postage & Freight** | 15,606.99 |
| **5590 · Rent** | |
| 5600 · Rent - Building | 83,366.40 |
| 5605 · Rent - Equipment | 24,513.25 |
| 5590 · Rent - Other | 212.00 |
| **Total 5590 · Rent** | 108,091.65 |
| | |
| **5610 · Repairs & Maintenance** | |
| 5611 · Repairs & Maintenance Building | 52.89 |
| 5612 · Repairs & Maintenance - Equip. | 204.59 |
| **Total 5610 · Repairs & Maintenance** | 257.48 |
| | |
| **5625 · Software Fee Expense** | 70,614.99 |
| **6295 · Telephone & Communications** | |
| 6296 · Cell Phones | 23,969.19 |
| 6298 · Telephone & Internet | 12,472.18 |
| 6295 · Telephone & Communications - Other | 1,775.15 |
| **Total 6295 · Telephone & Communications** | 38,216.52 |
| | |
| **6390 · Utilities** | 12,887.50 |
| | |
| **6500 · Wages/Payroll** | |
| 6502 · Accrued Payroll Wage Expense | 0.00 |
| 6505 · Accounting Wages | 137,846.20 |
| 6510 · Admin/Clerical Wages | 49,771.90 |
| 6515 · Billing Wages | 48,202.25 |
| 6520 · CNA/HHA Wages | 480.00 |
| 6526 · Holiday Bonus | 9,000.00 |
| 6530 · LVN Wages | 152,788.80 |
| 6535 · Marketing Wages | 279,038.61 |
| 6543 · PT Wages | 4,246.08 |
| 6545 · RN Wages | 306,196.58 |
| 6547 · Wages - Other | 18,436.25 |
| **Total 6500 · Wages/Payroll** | 1,006,006.67 |
| | |
| **6550 · Taxes - Payroll** | |
| 6561 - Futa (940 Tax) | 2,446.36 |
| 6562 - Medicare Tax | 133,466.48 |
| 6563 - Social Security Tax | 616,680.44 |
| 6564 - State Unemp Tax (TWC) | 12,976.35 |
| 6560 · Payroll Expenses (lump sum) | 0.00 |
| **Total 6550 · Taxes - Payroll** | 765,569.63 |

2:36 PM

11/08/24

Cash Basis

# Hub City Home Health, Inc.
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---|
| **6600 · Wages PHC - Payroll** | |
| 6605 · PHC - Admin/Clerical Wages | 99,368.23 |
| 6615 · PHC - Coordination Wages | 181,644.25 |
| 6620 · PHC - EVV Wages | 80,656.50 |
| 6625 · PHC - Field Supervisor Wages | 140,782.10 |
| 6635 · PHC- Manager Wages | 224,012.08 |
| 6650 · PHC- Provider Wages | 7,038,573.16 |
| 6651 · PHC  -  Provider Accrued Wages | 0.00 |
| 6600 · Wages PHC - Payroll - Other | 73,051.00 |
| **Total 6600 · Wages PHC - Payroll** | 7,838,087.32 |
| **6800 · Taxes - Property** | 750.49 |
| **Total 5100 · Operating Expenses** | 11,926,580.45 |
| **5226 · Medical Expense** | 2,707.93 |
| **Total Expense** | 11,929,288.38 |
| **Net Ordinary Income** | -1,477,552.63 |
| **Other Income/Expense** | |
| **Other Income** | |
| **7000 · Other Income** | |
| 7010 · Interest Income | 202,190.19 |
| 7000 · Other Income - Other | 1,770.00 |
| **Total 7000 · Other Income** | 203,960.19 |
| **Total Other Income** | 203,960.19 |
| **Other Expense** | |
| **7200 · Other Expense** | |
| 7210 · Penalties & Fines | 19,621.87 |
| **Total 7200 · Other Expense** | 19,621.87 |
| **Total Other Expense** | 19,621.87 |
| **Net Other Income** | 184,338.32 |
| **Net Income** | -1,293,214.31 |

# 2023 TAX RETURN WILL BE FILED UNDER SEAL UNDER A SEPARATE DOCKET NO.

Fill in this information to identify the case:

Debtor name     **Hub City Home Health, Inc.**

United States Bankruptcy Court for the:

    **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐    *Amended Schedule* _____

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **11/09/2024**      **X** **/s/ Robert Dojonovic**
       MM/ DD/ YYYY          Signature of individual signing on behalf of debtor

                             **Robert Dojonovic**
                             Printed name

                             **President**
                             Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE: **Hub City Home Health, Inc.**                                        CASE NO

                                                                            CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **11/09/2024**          Signature _____**/s/ Robert Dojonovic**_____
                                                        Robert Dojonovic, President

A.C.L.S., Inc.
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213


All Seasons Home Care
1602 Farragut Street
Laredo, TX 78040


All Seasons Home Care, Inc.
c/o Jefferson Cano
Emma Cano
Will Davidson
112 East Pecan Street Suite 1650
San Antonio, TX 78205

All Seasons Home Care, Inc.
104 W. Huntington Street
Beeville, TX 78102


All Seasons Home Health &
Palliative Care
15420 Nacogdoches Road
San Antonio, TX 78247


All Seasons Hospice of Texas
15420 Nacogdoches Road
San Antonio, TX 78247


Ambrosio "Ambrose"
Hernandez
3404 San Eduardo Street
Mission, TX 78572


Ashley McClain
305 Appalppsa Drive
Victoria, TX 77904

CBE Group, Inc
1309 Technology Pkwy
Cedar Falls, IA 50613

Christine B Gomez
1022 Forest Oak Drive
Portland, TX 78374

Christine B. Gomez
6321 Revolution Drive
Corpus Christi, TX 78413

Christine B. Gomez
5541 Bear Lane No 218
Corpus Christi, TX 78405

Coastal Home Health Care
227 N FM 3167 Space B
Rio Grande City, TX 78582

Coastal Home Health Care
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213

Coastal Home Health Care
6000 Staple Street Suite 403B
Corpus Christi, TX 78413

Conquest Pharmacy
PO Box 1047
Richmond, TX 77406

Datalogic Software
1605 W Tayler Avenue
Harlingen, TX 78550

De Lage Landen Financial
Services, Inc.
PO Box 41602
Philadelphia, PA 19101

Deluxe Business
PO Box 4656
Carol Stream, IL 60197

DME Expres
PO Box 679654
Dallas, TX 75267

Enclara Pharmacia
PO Box 745791
Atlanta, GA 30374

ETC Lite, LLC
PO Box 700970
San Antonio, TX 78270

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197

Honest Medical
1935 Avenida Del Oro Suite E
92056

Humana Pharmacy
PO Box 223882
Pittsburgh, PA 15251


Inovalon
PO Box 856015
Minneapolis, MN 55485


Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346


Jim Hogg County WCID
PO Box 148
Hebbronville, TX 78361


Kashi Sun Plaza LLC
5120 State Hwy 6
Riesel, TX 76682


KD Quality Coding
1754 High Ridge Drive
Blanchard, OK 73010


Konica Minolta
PO Box Box 070241


Legacy Health Agency, Inc.
c/o JEFFERSON CANO
Emma Cano
Will Davidson
112 East Pecan Street Suite 1650
San Antonio, TX 78205

Legacy Home Care Services,
Inc.
c/o Jefferson Cano
Emma Cano
Will Davidson
112 East Pecan Street Suite 1650
San Antonio, TX 78205

Legacy Home Health Agency,
Inc.
c/o Jefferson Cano
Emma Cano
Will Davidson
112 Suite 1650
San Antonio, TX 78205

Legacy Hospice Care, LLC
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213

Legado Management, LLC
c/o Ambrose Hernandez
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213

Legatus Leasing, LLC
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213

Lone Star Shredding
1970 W Expressway 83
Mercedes, TX 78570

McKesson
PO Box 63440
Cincinnati, OH 45263

Medicare Exchange LLC
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213

Mobility First Rehabilitation
Service
13522 Catamaran
Corpus Christi, TX 78418


New Way Medical
PO Box 679672
Dallas, TX 75267


Office of The United States
Trustee
515 Rusk Street Suite 3516
Houston, TX 77002


Optum Financial, Inc
11000 Optum Circle
Eden Prairie, MN 55344


Palmetto GBA LLC
2300 Springdale Drive
Camden, SC 29020


Reliant Energy
PO Box 650475
Dallas, TX 75265


Renee Z. Hernandez a/k/a
Renee Z. Sanchez
3404 San Eduardo Street
Mission, TX 78572


Renee Z. Hernandez aka
Renee Z. Sanchez
6655 First Park Ten Blvd Suite 200
San Antonio, TX 78213

Restorative Health Care
2522 Buddy Owens Blvd Bldg A
Mcallen, TX 78504


Restorative Health Care of
South Texas
8600 Wurzbach Road Suite 700
San Antonio, TX 78240


Restorative Health Services,
LLC
c/o Jefferson Cano
112 East Pecan Street Suite 1650
San Antonio, TX 78205

Reynolds Bee Rentals, LLC
PO Box 1482
Beeville, TX 78104


RPSA Law
c/o Sylvia Cardona
Nathan Ketterling
755 East Mulberry Suite 200
San Antonio, TX 78212

Spectrum
PO Box 60074
City of Industry, CA 91716


Stericycle
28883 Network Place
Chicago, IL 60673


TXU Energy
PO Box Box 650700
Dallas, TX 75265

WellSky
PO Box 207613
Dallas, TX 75320


Whyte Appeals
310 W. Sunset St.
San Antonio, TX 78209


Xerox
PO Box 674911
Dallas, TX 75267