IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **HUB CITY HOME HEALTH, INC.**[1] | § | CASE NO. 24-10191-evr |
| | § | |
| Debtors | § | CHAPTER 11 Subchapter V |
| | § | |
| | § | (Jointly Administered) |

**STIPULATION TO EXTENSION OF LEGACY CREDITORS'
DEADLINE TO OBJECT TO DISCHARGEABILITY OF DEBT**

To: Eduardo V. Rodriguez, United States Chief Bankruptcy Judge:

Pursuant to the Court's Procedures, paragraph IV.c. (https://www.txs.uscourts.gov/sites/txs/files/Court_Procedures_November_1_2023.pdf) **LEGACY HOME HEALTH AGENCY, INC.; LEGACY HOME CARE SERVICES, INC. D/B/A ALL SEASONS HOME CARE;** and **RESTORATIVE HEALTH SERVICES, LLC D/B/A COASTAL HOME HEALTH CARE** (collectively, the "Legacy Creditors"), creditors and parties-in-interest in the above-styled jointly administered Chapter 11 case, and the Debtors (together with the "Legacy Creditors") submit their *Stipulation to Extension of Legacy Creditors' Deadline to Object to Discharge of Dischargeability of Debt* ("Stipulation"):

**WHEREAS,** the Legacy Creditors and the Debtors have been engaged in litigation since May 2020;

**WHEREAS**, the Legacy Creditors' claims were scheduled as unliquidated, contingent, and disputed;

---

[1] The Debtors in these Chapter 11 cases, along with the last 4 digits of their respective Employer Identification Numbers or Social Security Numbers, are: (a) Hub City Home Health, Inc. (No. 24-10191, EIN xx-xxx4882); (b) American Medical Programs, Inc. (No. 24-10192, EIN xx-xxx4669); (c) American Medical Home Health Services-San Antonio, LLC (No. 24-10193, EIN xx-xxx8691); (d) American Medical Home Health Services, LLC (No. 24-10194, EIN xx-xxx6149); (e) American Medical Hospice Care, LLC (No. 24-10195, EIN xxxxx3017).

**WHEREAS**, the Legacy Creditors' timely filed Proofs of Claim asserting claims of at least $27 million.  *See* Proofs of Claim 14, 15, 16, 17 & 18 (as amended);

**WHEREAS**, the Debtors intend to file detailed objections to the Proofs of Claims and are presently seeking by Motion the § 502(c) Estimation of the Legacy Proofs of Claims;  and

**WHEREAS,** the original deadline for parties to object to the dischargeability of their debt was **February 14, 2025**;

**WHEREAS,** the Debtors and the Legacy Creditors mediated their disputes on March 5, 2025 and have continued settlement discussions since that date;

**WHEREAS**, in furtherance of their settlement discussions, the Debtors and the Legacy Creditors have previously stipulated to extend the deadline for Legacy to object to the dischargeability of their claims;

**WHEREAS**, pursuant to the prior stipulations between the Debtors and Legacy, the current deadline for Legacy to object to the dischargeability of their claims is April 30, 2025;

**WHEREAS** the Debtors and Legacy are continuing settlement discussions and mutually desire to focus on the potential for a consensual resolution and limit the expenditure of resources on potentially unnecessary contested matters;

**NOW THEREFORE,** the Parties stipulate and agree that the deadline for the Legacy Creditors should be extended to object to the dischargeability of their claim be extended to **June 6, 2025**.

Dated this 28th day of April, 2025.


LANGLEY & BANACK, INCORPORATED
745 East Mulberry – Suite 700
San Antonio, TX  78212-3166
 (210) 736-6600 Telephone

4901-9791-2892, v. 1

(210) 735-6889 Telecopier
Email:  nwilson@langleybanack.com

By:     */s/Natalie F. Wilson*
NATALIE F. WILSON
Texas State Bar No. 24076779

***ATTORNEYS FOR***
***THE LEGACY CREDITORS***


JORDAN& ORTIZ, P.C.
500 North Shoreline Drive, Suite 804
Corpus Christi, TX 78401
Telephone: 361.884.5678
Facsimile: 361.888.5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
copy to: cmadden@jhwclaw.com

*/s/ Shelby A. Jordan*
St. Bar No. 11016700; S.D. No. 2195
Antonio Ortiz
St. Bar No. 24074839; SD. No. 1127322

**COUNSEL FOR DEBTORS**